# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HYBRID LIFE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-25-200-D |
| THE STATE OF OKLAHOMA, ex rel., OKLAHOMA MEDICAL MARIJUANA AUTHORITY, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

Pursuant to the Court's order granting Defendant's Motion to Dismiss [Doc. No. 4], this case is dismissed without prejudice to refiling.

**ENTERED** this 3rd day of April, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge